An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD L. MILBOURN,
Petitioner,
vs.
THE STATE OF NEVADA; AND ISIDRO BACA,
Respondents.

No. 68874

**FILED**

NOV 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of habeas corpus. Petitioner contends that he is unlawfully imprisoned because a federal district court violated a federal appellate court's mandate in disposing of his habeas petition in 1994. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

cc:   Richard L. Milbourn
      Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34666